IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-311-MOC-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| NICHOLAS RICHER, | ) |
| Defendants. | ) |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "United States' Motion To Seal" (Document No. 57), filed by the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and Sandra Moser, Acting Chief, Fraud Section, Criminal Division, United States Department of Justice. For the reasons given and good cause shown,

**IT IS HEREBY ORDERED** that the "… Motion To Seal" (Document No. 57) is **GRANTED**, and the Government's Opposition to Defendant's Motion for Revocation of Detention Order is **SEALED**.

**SO ORDERED**.

Signed: December 5, 2018

David C. Keesler
United States Magistrate Judge