IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-311-MOC-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NICHOLAS RICHER, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Consent Motion To Seal Dkt. 155" (Document No. 156) filed March 18, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Consent Motion To Continue Sentencing Hearing (Document No. 155) contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Consent Motion To Seal Dkt. 155" (Document No. 156) is **GRANTED**, and the United States' Consent Motion To Continue Sentencing Hearing (Document No. 155) is sealed until further Order of this Court.

Signed: March 20, 2020

David C. Keesler
United States Magistrate Judge