# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:18-CR-311-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NICHOLAS RICHER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant Nicholas Richer's "Consent Motion To Seal Dkt. 160" (Document No. 161) filed April 7, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Defendant's Unopposed Motion For Sentencing Date (Document No. 160) contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant, Nicholas Richer's "Consent Motion To Seal Dkt. 160" (Document No. 161) is **GRANTED**, and Defendant's Unopposed Motion For Sentencing Date (Document No. 160) is sealed until further Order of this Court.

Signed: April 7, 2020

David C. Keesler
United States Magistrate Judge