# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-CR-311-MOC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **NICHOLAS RICHER,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant's pro se letter Motion to Modify Sentence, in which he seeks release to home confinement. (Doc. No. 266).

Title 18, Section 3582(c)(1)(A)(i) authorizes criminal defendants to request compassionate release from imprisonment based on "extraordinary and compelling reasons." But before doing so, they must at least ask the Bureau of Prisons to do so on their behalf and give the Bureau thirty days to respond. See United States v. Raia, No. 20-1033, 2020 WL 1647922, at *1 (3d Cir. Apr. 2, 2020). Defendant does not show that he provided the Bureau with thirty days to evaluate his release request before filing in this Court. The motion will therefore be denied.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's pro se letter Motion To Modify Sentence, (Doc. No. 266), is **DENIED**.

Signed: July 14, 2021

Max O. Cogburn Jr
United States District Judge